UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | * | |
| | * | Civil Case No. 11-3017 |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| PAYDAY FINANCIAL, LLC, et al., | * | |
| | * | |
| Defendants. | * | |

**PLAINTIFF'S STATEMENT OF SUPPLEMENTAL MATERIAL FACTS**

Pursuant to D.S.D. Civ. LR 56.1.B, Plaintiff Federal Trade Commission ("FTC") submits this Statement of Supplemental Material Facts in support of its Opposition to Defendants' Motion for Partial Summary Judgment (Doc. No. 52).[1] Plaintiff adopts the parties' Joint Stipulation of Material Facts (Doc. No. 53) in its entirety and relies upon the following two additional facts alleged in the Amended Complaint and admitted by Defendants:

1. Consumers sign their loan agreements with the Lending Companies electronically. (Am. Compl. ¶ 22, Ans. Am Compl. ¶ 22).

2. As part of their collection efforts, the Lending Companies sometimes file collection lawsuits against consumers in Tribal Court, which is located on the Reservation. (Am. Compl. ¶ 36, Ans. Am. Compl. ¶ 36).

---

[1] The FTC incorporates by reference all definitions used in the parties' Joint Stipulation of Material Facts (Doc. No. 53), including for the terms "Lending Companies" and "Reservation."

1

Dated this 14th day of June, 2012.

                Respectfully submitted,

                /s LaShawn M. Johnson

LASHAWN M. JOHNSON
(admitted pro hac vice)
EVAN ZULLOW
(admitted pro hac vice)
NIKHIL SINGHVI
(admitted pro hac vice)
Federal Trade Commission
600 Pennsylvania Avenue, N.W., NJ-3158
Washington, DC  20580
(202) 326-3057 (Johnson)
(202) 326-2914 (Zullow)
(202) 326-3480 (Singhvi)
(202) 326-3768 (facsimile)
Email:  ljohnson@ftc.gov, ezullow@ftc.gov, nsinghvi@ftc.gov

/s Cheryl Schrempp Dupris

CHERYL SCHREMPP DUPRIS
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501
(605) 224-5402 (telephone)
(605) 224-8305 (facsimile)
Email: cheryl.dupris@usdoj.gov

*Attorneys for Plaintiff*
*FEDERAL TRADE COMMISSION*

## **CERTIFICATE OF SERVICE**

I, Cheryl Schrempp DuPris, do hereby certify that on this 14th day of June, 2012, I caused copies of the foregoing to be served upon the following, via electronic filing, to-wit:

Cheryl Bogue
Bogue & Bogue
boguelaw@faithsd.com

Jonathan Bernhardt
Ballard Spahr LLP
bernhardt@ballardspahr.com

/s/ Cheryl Schrempp DuPris
CHERYL SCHREMPP DUPRIS