UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION



| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | * | CIV 11-3017-RAL |
| Plaintiff, | * | |
| vs. | * | JUDGMENT IN FAVOR OF |
| PAYDAY FINANCIAL, LLC, et al., | * | FEDERAL TRADE COMMISSION |
| Defendants. | * | |

On April 4, 2014, this Court signed a Stipulated Final Judgment and Order for Permanent Injunction and Release of Funds From Court Registry. Doc. 154. This Court retains jurisdiction under Section XI of that Order. Consistent with that Order, subject to reopening of the case to enforce said Order and retaining jurisdiction to do so, it is hereby

ORDERED that Judgment, consistent with that Order and incorporating the terms of that Order by reference, hereby enters under Rule 54 and 58 of the Federal Rules of Civil Procedure for the Federal Trade Commission.

Dated April 9, 2014.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE